# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KNIGHT, KRYSTAL § Case No. 13-83107
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
__STEPHEN G. BALSLEY__, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  U.S. Courthouse
  327 South Church Street
  Room 1100
  Rockford, IL  61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 05/19/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                     By:     /s/ STEPHEN G. BALSLEY
                                                                          Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: KNIGHT, KRYSTAL | § | Case No. 13-83107 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $ 50,000.00

*and approved disbursements of*  $ 39,638.91

*leaving a balance on hand of* [1]  $ 10,361.09

**Balance on hand:**  $ 10,361.09

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 10,361.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 4,250.00 | 0.00 | 4,250.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,940.50 | 0.00 | 1,940.50 |

Total to be paid for chapter 7 administration expenses:  $ 6,190.50
Remaining balance:  $ 4,170.59

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,170.59

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,170.59

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 4,170.59

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 23,321.92 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 17.9 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | U.S. Department of Education | 22,577.47 | 0.00 | 4,037.46 |
| 2 | Lifequest | 744.45 | 0.00 | 133.13 |

Total to be paid for tardy general unsecured claims:  $ 4,170.59
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $ 0.00
Remaining balance:  $ 0.00

Prepared By:  /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-83107-TML
Krystal Knight                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: jclarke              Page 1 of 1                  Date Rcvd: Apr 25, 2014
                              Form ID: pdf006            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2014.
db          #+Krystal Knight,    10111 Beaver Valley Road,    Belvidere, IL 61008-8066
20958194     +Capron Rescue Squad District,    N2930 State Road 22,    Wautoma, WI 54982-5267
20958195      HFS,   Bureau of Collections,    P.O. Box 19174,    Springfield, IL 62794-9174
20958196      Lifequest,    2930 State Road 22,    Wautoma, WI 54982
20958197     +OSF/St. Anthony Medical Center,    5666 East State St.,    Rockford, IL 61108-2472
20958198     +Rockford Anesthesiologists,    2202 Harlem Road,    Loves Park, IL 61111-2701
21587427      U.S. Department of Education,    POB 740351,   Atlanta, GA 30374-0351
20958199    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:   Us Bank,    4325 17th Ave S,    Fargo, ND 58125)
20958200     +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20958201*    +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
20958202*    +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
20958203*    +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
20958204*    +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
20958205*    +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
20958206*    +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
20958207*    +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
                                                                               TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2014 at the address(es) listed below:
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Roger B Kellerman    on behalf of Debtor Krystal  Knight vellalundlaw@yahoo.com,
               vellalundlaw@yahoo.com
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
                                                                                             TOTAL: 4