## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: KNIGHT, KRYSTAL                                      § Case No. 13-83107
                                                            §
                                                            §
                                                            §
Debtor(s)                                                   §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

   Assets Abandoned: $2,000.00                    Assets Exempt: $17,000.00
   *(without deducting any secured claims)*

   Total Distribution to Claimants: $11,970.59    Claims Discharged
                                                  Without Payment: $117,829.33

   Total Expenses of Administration: $23,029.41

   3) Total gross receipts of $ 50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $35,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $7,800.00 | $7,800.00 | $7,800.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,029.41 | 23,029.41 | 23,029.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 99,436.00 | 23,321.92 | 23,321.92 | 4,170.59 |
| **TOTAL DISBURSEMENTS** | $99,436.00 | $54,151.33 | $54,151.33 | $35,000.00 |

4) This case was originally filed under Chapter 7 on September 05, 2013. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/20/2014           By:  /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Claim Natalie Bader. Said claim | 1142-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| IOLTA TRUST FUND OF ILLINOIS | Debtor's personal injury exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IOLTA TRUST FUND OF ILLINOIS | 4220-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| | IOLTA TRUST FUND OF ILLINOIS | 4220-000 | N/A | 1,800.00 | 1,800.00 | 1,800.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$7,800.00** | **$7,800.00** | **$7,800.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 4,250.00 | 4,250.00 | 4,250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,940.50 | 1,940.50 | 1,940.50 |
| IOLTA TRUST FUND OF ILLINOIS | 3210-600 | N/A | 16,666.77 | 16,666.77 | 16,666.77 |
| IOLTA TRUST FUND OF ILLINOIS | 3220-610 | N/A | 132.78 | 132.78 | 132.78 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.44 | 15.44 | 15.44 |
| Rabobank, N.A. | 2600-000 | N/A | 13.92 | 13.92 | 13.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $23,029.41 | $23,029.41 | $23,029.41 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. Department of Education | 7200-000 | N/A | 22,577.47 | 22,577.47 | 4,037.46 |
| 2 | Lifequest | 7200-000 | 758.00 | 744.45 | 744.45 | 133.13 |
| NOTFILED | Us Dept Of Education | 7100-000 | 2,626.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Dept Of Education | 7100-000 | 3,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Dept Of Education | 7100-000 | 2,278.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Dept Of Education | 7100-000 | 647.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Dept Of Education | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Dept Of Education | 7100-000 | 3,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Dept Of Education | 7100-000 | 2,194.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HFS Bureau of Collections | 7100-000 | 13,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Capron Rescue Squad District | 7100-000 | 745.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF/St. Anthony Medical Center | 7100-000 | 64,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Dept Of Education | 7100-000 | 4,388.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Anesthesiologists | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$99,436.00** | **$23,321.92** | **$23,321.92** | **$4,170.59** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83107  **Trustee:** (330410)   STEPHEN G. BALSLEY
**Case Name:** KNIGHT, KRYSTAL  **Filed (f) or Converted (c):** 09/05/13 (f)
 **§341(a) Meeting Date:** 10/07/13
**Period Ending:** 06/20/14  **Claims Bar Date:** 02/14/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | **Petition/<br>Unscheduled<br>Values** | **Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **Property<br>Abandoned<br>OA=§554(a)** | **Sale/Funds<br>Received by<br>the Estate** | **Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets** |
| 1   Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 2   Checking Account at Alpine Bank | 200.00 | 0.00 | | 0.00 | FA |
| 3   Misc. used household goods and furnishings | 100.00 | 0.00 | | 0.00 | FA |
| 4   Misc. used wearing apparel | 150.00 | 0.00 | | 0.00 | FA |
| 5   Misc. used Jewelry | 0.00 | 0.00 | | 0.00 | FA |
| 6   Personal Injury Claim Natalie Bader. Said claim See Order to Compromise Controversey entered November 27, 2013 | 50,000.00 | 50,000.00 | | 50,000.00 | FA |
| 7   1999 Dodge Durango | 1,500.00 | 0.00 | | 0.00 | FA |
| 7   **Assets   Totals** (Excluding unknown values) | **$52,000.00** | **$50,000.00** | | **$50,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 13, 2014   **Current Projected Date Of Final Report (TFR):**   March 13, 2014  (Actual)

Printed: 06/20/2014 12:30 PM     V.13.15

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-83107  
**Case Name:** KNIGHT, KRYSTAL  
**Taxpayer ID #:** **-***1616  
**Period Ending:** 06/20/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5866 - Checking Account  
**Blanket Bond:** $598,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/11/13 | | IOLTA TRUST FUND OF ILLINOIS | Net proceeds pursuant to Order to Compromise Controversy entered November 27, 2013 | | 10,400.45 | | 10,400.45 |
| | {6} | | Personal Injury Settlement                50,000.00 | 1142-000 | | | 10,400.45 |
| | | | Special Counsel Fees to Vella & Lund     -16,666.77 | 3210-600 | | | 10,400.45 |
| | | | Special Counsel Expenses to Vella & Lund   -132.78 | 3220-610 | | | 10,400.45 |
| | | | Medical Lien to Illinois Healthcare and Family Services  -6,000.00 | 4220-000 | | | 10,400.45 |
| | | | Medical Lien to Rockford Anesthesiologists  -1,800.00 | 4220-000 | | | 10,400.45 |
| | | | Debtor's personal injury exemption  -15,000.00 | 8100-002 | | | 10,400.45 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,390.45 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.44 | 10,375.01 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.92 | 10,361.09 |
| 05/20/14 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,940.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,940.50 | 8,420.59 |
| 05/20/14 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $4,250.00, Trustee Compensation; Reference: | 2100-000 | | 4,250.00 | 4,170.59 |
| 05/20/14 | 103 | U.S. Department of Education | Dividend paid 17.88% on $22,577.47; Claim# 1; Filed: $22,577.47; Reference: | 7200-000 | | 4,037.46 | 133.13 |
| 05/20/14 | 104 | Lifequest | Dividend paid 17.88% on $744.45; Claim# 2; Filed: $744.45; Reference: | 7200-000 | | 133.13 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,400.45 | 10,400.45 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,400.45 | 10,400.45 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,400.45** | **$-4,599.55** | |

{} Asset reference(s)

Printed: 06/20/2014 12:30 PM    V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 13-83107 | **Trustee:** | STEPHEN G. BALSLEY (330410) | |
| **Case Name:** | KNIGHT, KRYSTAL | **Bank Name:** | Rabobank, N.A. | |
| | | **Account:** | ******5866 - Checking Account | |
| **Taxpayer ID #:** | **-***1616 | **Blanket Bond:** | $598,000.00   (per case limit) | |
| **Period Ending:** | 06/20/14 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| | | | **Checking # ******5866** | | 10,400.45 | -4,599.55 | 0.00 |
| | | | | | $10,400.45 | $10,400.45 | $0.00 |